CITIES SERVICE ASPHALT PRODUCTS COMPANY, Respondent, *v.* MARCELINO GARCIA et al., Copartners under the Firm Name of GARCIA & DIAZ, Appellants.

Submitted January 26, 1938; decided March 8, 1938.

*Edgar R. Kraetzer, Herbert M. Statt* and *David L. Corbin* for appellants.

*George H. Cohn* and *Sydney H. Gleich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.